UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BOOTH OIL SITE ADMINISTRATIVE
GROUP,

                              Plaintiff,

       v.                                      ORDER OF DISMISSAL
                                                          98-CV-696(A)

SAFETY-KLEEN CORPORATION, et al.

                              Defendants.

---

      The Court having been advised by the counsel for the parties that the above action has been settled;

      It is ORDERED that this action is hereby dismissed without costs (except as provided below) and on the merits, but without prejudice to the right, upon good cause shown within 60 days to reopen this action if settlement is not consummated; and it is further

      ORDERED that plaintiff Booth Oil Site Administrative Group and defendant Booth Oil Company, Inc., pay $312.50 each (total $625) to the accounting firm of Chiampou, Travis, Besaw & Kershner, 45 Bryant Woods North, Amherst, NY 14228, within 30 days of this Order, for court-appointed expert witness services rendered by Mr. Kelly G. Besaw, CPA, CVA, in this case; and it is further

      ORDERED that the Clerk of Court provide Mr. Besaw with a copy of this Order.

SO ORDERED.

                                                  s/ *Richard J. Arcar*a  
                                                  HONORABLE RICHARD J. ARCARA  
                                                  CHIEF JUDGE  
                                                  UNITED STATES DISTRICT COURT

DATED:  July 22, 2008